**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WISCONSIN**

**[Daniel E Chavez**  Plaintiff, v. **Minocqua J1 School District** Defendant.

Case No.: _____ (to be filled in by the clerk)          26-cv-522-jdp

**COMPLAINT**

**1. Parties**

1.  I am the Plaintiff, an adult resident of Hurley, Wisconsin.

2.  The Defendant, Minocqua J1 School District, is a public school district located in Minocqua, Wisconsin.

**2. Jurisdiction**

3.  This Court has jurisdiction under **28 U.S.C. § 1331** because this action arises under federal law, including the **Americans with Disabilities Act (ADA)** and **Title VII retaliation provisions**.

4.  Venue is proper in the Western District of Wisconsin because the events occurred in Minocqua, Wisconsin.

**3. Statement of Facts**

5.  I was employed as a night janitor for the Minocqua J1 School District.

6.  I have **Attention Deficit Disorder (ADD/ADHD)**, which is a disability under the ADA.

7.  During my employment, I was **bullied, harassed, and treated unfairly** because of my disability.

8.  Supervisors and coworkers made comments, created a hostile environment, and failed to accommodate my disability.

9.  When I raised concerns about the bullying and discrimination, the District did not investigate or correct the behavior.

10. Instead, I experienced **retaliation** after speaking up.

11. I was informed that the District planned to **replace the night janitors with outside contractors**, which threatened my job and created fear of termination.

12. This decision was communicated after I complained about discrimination, and I believe it was connected to my disability and my protected complaints.

13. The District's actions caused me emotional distress, anxiety, and financial harm.

14. I filed a charge with the **EEOC**, and on **March 6, 2024**, I received a **Dismissal and Notice of Right to Sue**.

15. I am filing this lawsuit within the required **90-day deadline**.

## 4. Claims for Relief

### Count 1 — Disability Discrimination (ADA)

16. Defendant discriminated against me because of my ADHD/ADD.

17. Defendant failed to provide reasonable accommodations.

18. Defendant subjected me to a hostile work environment based on disability.

### Count 2 — Retaliation

19. After I complained about discrimination and bullying, Defendant retaliated against me.

20. Retaliation included threats to replace my position with contractors, increased hostility, and adverse treatment.

### Count 3 — Hostile Work Environment

21. Defendant allowed ongoing bullying, harassment, and intimidation connected to my disability.

## 5. Damages

I request the following relief:

- Back pay
- Front pay or reinstatement
- Compensatory damages for emotional distress
- Punitive damages (if applicable)
- Attorney's fees and costs (if I obtain counsel)
- Any other relief the Court finds just and proper

## 6. Jury Demand

I request a trial by jury.

**Signature**

Daniel Chavez 122 Silver St Apt 4, Hurley WI 54534 32-1987-4699

Date: 06/04/2026